The People of the State of Illinois, Plaintiff-Appellee, *v.* Harvey Lee Rush, a/k/a Larry Hood, Defendant-Appellant.

(No. 57968; )

First District (5th Division)—March 9, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, and Darrell M. Fineman, Senior Law Student, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Frank Thomas, Defendant-Appellant.

(No. 56661; )

First District (1st Division)—March 12, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.